UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL OWCZARZAK,

      Plaintiff,

                                        Case No. 1:19-cv-421

v.

                                        HONORABLE PAUL L. MALONEY

ERIC CANTRELL, et al.,

      Defendants,

_____/

## **JUDGMENT**

      Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendants on all of plaintiff's claims for damages.

Date:  August 27, 2019                        _/s/ Paul L. Maloney_____

                                            Paul L. Maloney
                                          United States District